IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **DEVIN TABER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:23-cv-00027-BP |
| § | |
| **SPINNAKER INSURANCE COMPANY,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

The parties have filed a Joint Stipulation of Dismissal With Prejudice (ECF No. 23), which the Court today granted. ECF No. 24. Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED** with prejudice.

2. Each party shall bear the costs incurred by the party.

It is so **ORDERED** on December 12, 2023.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE